**Preston Adolphus STEPHENS, Appellant, v. STATE of Texas, Appellee.**

No. 24383.

Court of Criminal Appeals of Texas.

March 23, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant waived the right to be tried by jury and in open court pleaded guilty to the charge of burglary, a felony less than capital. The court received his plea of guilty, heard the evidence and assessed the punishment at three years in the penitentiary.

The appellant has filed a motion to withdraw the appeal. The motion is granted and the appeal is accordingly dismissed.